**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01219-BNB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

BUREAU OF PRISONS,
ARTHUR S. NIETO, and
YVETTE FETTERHOFF,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's Motion for Relief (Doc No. 3) filed on May 23, 2011. The motion is DENIED. However, the clerk of the court is directed to mail to Plaintiff, along with a copy of this Minute Order, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 so that Plaintiff may comply with the Court's May 12, 2011 order. As for Plaintiff's request for pencils, paper, and postage, it appears he has access to these supplies.

Dated: May 25, 2011